**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR HUGO RENOJ-ALDANA, | No. 11-72857 |
| Petitioner, | |
| v. | Agency No. A070-776-004 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Victor Hugo Renoj-Aldana, a native and citizen of Guatemala, petitions pro

se for review of the decision of the Board of Immigration Appeals, dismissing his

appeal from an immigration judge's decision denying his application of asylum.

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that Renoj-Aldana failed to establish past persecution arising from his mistreatment by guerrillas. *See INS v. Elias-Zacarias*, 502 U.S. 478, 482 (refusal to join an organization does not amount to a political opinion). Substantial evidence also supports the BIA's finding that Renoj-Aldana failed to establish an objectively reasonable well-founded fear of future persecution. *See Molina-Estrada v. INS*, 293 F.3d 1089, 1095-96 (9th Cir. 2002). Accordingly, Renoj-Aldana's asylum claim fails.

Renoj-Aldana's claim that the IJ failed to advise him concerning his payment of a voluntary departure bond is not supported by the record.

**PETITION FOR REVIEW DENIED.**